UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 4:06CV00989 HEA |
| v. | ) |
| GENETIC TECHNOLOGIES LIMITED, | ) |
| | ) [JURY TRIAL DEMANDED] |
| Defendant. | ) |

**PROPOSED ORDER ON MONSANTO'S MOTION TO COMPEL JURISDICTIONAL DISCOVERY FROM DEFENDANTS**

Having considered all papers and arguments in support thereof, the Court finds that GTG's contacts with entities that conduct business in Missouri related to non-coding DNA sequence analysis, including Missouri contacts of GTG's licensees, are legally relevant to determining whether GTG is subject to personal jurisdiction in Missouri.

IT IS HEREBY ORDERED that:

GTG must produce all documents responsive to Request for Production Nos. 5, 6, 7, 28, and 29 and fully answer Interrogatory No. 5.

_____
The Honorable Henry E. Autrey
United States District Judge

Dated 11-7-06, 2006.