UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MONSANTO COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 4:06CV00989 HEA |
| GENETIC TECHNOLOGIES LIMITED, | ) |
| Defendant. | ) [JURY TRIAL DEMANDED] |

## ORDER

Before the Court is the Joint Motion to Extend Certain Motion Deadlines and Monsanto's Unopposed Leave to Exceed the Fifteen Page Limit. Having considered the Motion to Extend Certain Motion Deadlines, it is hereby ORDERED that the Motion is GRANTED. The following deadlines have been reset as follows:

| Date | Deadline |
|---|---|
| The later of 10 days after the Court grants motion for protective order or 10 days after GTG produces requested information as ordered by the Court | Plaintiff Monsanto to file Opposition to Motion to Dismiss |
| 10 days after Monsanto files its Opposition to Motion to Dismiss | Defendant GTG to file Reply to Monsanto's Opposition |

DM_US\8428882.v1

Having considered Monsanto's Motion for Leave to Exceed the Fifteen Page Brief Limit, it is hereby ORDERED that the Motion is GRANTED. Plaintiff Monsanto may file up to a twenty five (25) page Opposition to GTG's Motion to Dismiss.

SO ORDERED this 20th day of January, 2007.

BY THE COURT

HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE